PEOPLE ex rel. WEISS v. NEW YORK MAGDALEN BENEV. SOCIETY.

(Supreme Court, Special Term, New York County. July 12, 1912.)

DISORDERLY CONDUCT (§ 15*)—PUBLIC INTOXICATION—VAGRANCY—STATUTORY PROVISIONS.

    Laws 1910, c. 659, § 88, relative to the punishment of persons convicted in the city of New York of public intoxication, disorderly conduct, or vagrancy, provides the sole penalty on conviction of those offenses, and necessarily repealed all previous statutes giving a magistrate power to impose a different sentence.

    [Ed. Note.—For other cases, see Disorderly Conduct, Cent. Dig. § 20; Dec. Dig. § 15.*]

Habeas corpus by the People, on the relation of one Weiss, against the New York Magdalen Benevolent Society. Relator remanded.

Philip I. Schick, of New York City, for plaintiff.

Chas. S. Whitman (Stanley L. Richter, of counsel), for defendant.

LEHMAN, J. It seems to me that the penalty provided in section 88 of chapter 659 of the Laws of 1910 was intended by the Legislature to be the sole penalty upon the conviction of the offense with which the prisoner is charged, and necessarily repealed all other and previous statutes, giving a magistrate the power to impose a different sentence.

The prisoner should therefore be remanded to the jurisdiction of the magistrate, to be disposed of by him as may appear proper, in accordance with the provisions of the statute.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes